IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., | |
| Plaintiffs, | 8:11-CV-219 |
| vs. | MEMORANDUM AND ORDER |
| CRONE, INC., et al., | |
| Defendants. | |

Upon the suggestion of bankruptcy filed by defendant George D. Crone (filing 41),

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court of the District of Nebraska pursuant to NEGenR 1.5(a)(1);

2. The Clerk of the United States District Court for the District of Nebraska shall close this case for statistical purposes; and

3. The Clerk of the United States District Court for the District of Nebraska shall deliver, or send electronically, the Court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

Dated this 11th day of April, 2012.

BY THE COURT:

John M. Gerrard
United States District Judge