IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., | |
| Plaintiffs, | 8:11-CV-219 |
| vs. | |
| CRONE, INC., et al., | MEMORANDUM AND ORDER |
| Defendants. | |

     This matter is before the Court on the Report and Recommendation of the United States Bankruptcy Judge (filing 43). No objections to that report and recommendation have been filed. The failure to file an objection eliminates not only the need for de novo review, but *any* review by the Court. See *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609 (8th Cir. 2009). Accordingly, the Court will adopt the report and recommendation of the United States Bankruptcy Judge that the referral of this matter to the Bankruptcy Court be withdrawn to proceed with the litigation against Crone, Inc., while staying the case as to George D. Crone, the party in bankruptcy, until the automatic stay is no longer in effect or relief from the automatic stay is requested and obtained from the Bankruptcy Court.

     Pending when this case was referred to Bankruptcy Court was filing 37, in which the plaintiffs moved for default judgment against Crone, Inc., and summary judgment against Crone. That filing will be granted in part and denied in part without prejudice. Default judgment will be entered against Crone, Inc., in a separate judgment, in the amount set forth below. Summary judgment against George Crone will be denied without prejudice to the filing of another motion for summary judgment after the automatic stay as to George Crone is lifted.

     The clerk's entry of default (filing 23), was filed as to Crone, Inc., on August 8, 2011. *See* Fed. R. Civ. P. 55(a). The plaintiffs' motion for default judgment against Crone, Inc. (filing 37), sought statutory damages in the amount of $22,400, attorney fees of $4,540, taxable costs, and interest. *See* filing 38. In support, the plaintiffs have presented evidence supporting their claims that Crone, Inc., violated their copyrights, that Crone, Inc., did so despite repeated contact from the plaintiffs, and that the attorney fees sought are fair and reasonable. *See* filings 40-1, 40-5, and 40-6. The Court finds that

the requirements of Fed. R. Civ. P. 55(b) have been satisfied, and will grant the plaintiffs' motion for default judgment and enter judgment accordingly.

    IT IS ORDERED:

1. The report and recommendation of the United States Bankruptcy Judge (filing 43) recommending withdrawal of the reference is adopted.

2. The plaintiffs' motion for default judgment against Crone Inc. (filing 37), will be granted.

3. Default judgment against Crone, Inc., will be entered separately.

4. The plaintiffs' motion for summary judgment against George Crone (filing 37) will be denied without prejudice.

5. This case is stayed as to George Crone, the party in bankruptcy, until the stay is no longer in effect pursuant to 11 U.S.C. § 362, or relief from the automatic stay is requested and obtained from the Bankruptcy Court.

6. The parties are directed to inform the Court every 60 days of the status of the case.

7. The Clerk of the Court is directed to enter an initial status report deadline of July 31, 2012.

Dated this 31st day of May, 2012.

                                      BY THE COURT:

                                      *John M. Gerrard*
                                      John M. Gerrard
                                      United States District Judge