IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., | |
| Plaintiffs, | 8:11-CV-219 |
| vs. | |
| CRONE, INC., et al., | ORDER |
| Defendants. | |

In its memorandum and order of May 31, 2012 (filing 44), the Court stayed these proceedings as to George Crone, the party in bankruptcy, until the stay was no longer in effect or relief from the stay was requested and obtained from the Bankruptcy Court. The Court also ordered the parties to provide regular reports on the status of Crone's bankruptcy. The Court has been informed that the Crone's Chapter 13 plan has been approved and that Crone will be required to make 60 monthly payments, beginning on May 9, 2012, after which his debts will be discharged.

The Court has no reason to expect that the status of the bankruptcy proceedings will change; nonetheless, it is necessary for the Court to remain informed on those proceedings and be made aware if anything has changed. Given the expected length of Crone's bankruptcy case, the Court finds that annual reports are appropriate. Accordingly, the Court will direct the plaintiffs (as the parties with an interest in maintaining these proceedings) to inform the Court annually, beginning on May 10, 2013, of the status of Crone's bankruptcy proceedings. The plaintiffs should be aware that if these reports are not provided, other measures may be taken, up to and including dismissal of their claims.

IT IS ORDERED:

1. This case shall remain stayed as to George Crone, the party in bankruptcy, until the stay is no longer in effect pursuant to 11 U.S.C. § 362, or relief from the automatic stay is requested and obtained from the Bankruptcy Court.

2. The parties are directed to inform the Court every 12 months of the status of the case.

3. The Clerk of the Court is directed to set a status report deadline of May 10, 2013.

Dated this 2nd day of April, 2013.

BY THE COURT:

_____
John M. Gerrard
United States District Judge