IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., | |
| Plaintiffs, | 8:11-CV-219 |
| vs. | ORDER |
| CRONE, INC., et al., | |
| Defendants. | |

In its memorandum and order of May 31, 2012 (filing 44), the Court stayed these proceedings as to George Crone, the party in bankruptcy, until the stay was no longer in effect or relief from the stay was requested and obtained from the Bankruptcy Court. In its memorandum and order of April 2, 2013 (filing 48), the Court specifically directed the plaintiffs (as the parties with an interest in maintaining these proceedings) to inform the Court annually of the status of Crone's bankruptcy proceedings. The Court's order of May 16, 2013 (filing 49) directed the filing of such a report on or before May 16, 2014. That date has come and gone, and no report was filed.

Despite this omission, the Court has become aware that Crone is in default on his debtor plan, and that if the default is not cured by June 29, 2014, the bankruptcy proceeding may be dismissed. *See* Bankruptcy Court case no. 12-80756, filings 39 and 43. The Court will, therefore, order the parties to report on the status of the bankruptcy proceeding on or shortly before July 7, 2014. The Court expects that the plaintiffs, as the parties with an interest in maintaining these proceedings, and the defendant, as the party with an interest in maintaining the *stay* on these proceedings, will all be properly motivated to meet the Court's deadline.

IT IS ORDERED:

1. The parties are directed, pursuant to this Order and the Court's Order of April 2, 2013 (filing 48), to update the Court regarding the status of the case on or shortly before July 7, 2014.

2. The Clerk of the Court is directed to set a status report deadline of July 7, 2014.

- 2 -

Dated this 5th day of June, 2014.

BY THE COURT:

_____
John M. Gerrard
United States District Judge